**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTOPHER DOYLE, | ) | Case No.: CV 13-3449 DSF (RZx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

The Court having ordered that summary judgment be granted in favor of defendant,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   4/3/14

_____
Dale S. Fischer
United States District Judge